**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

April 14, 2008

APR 17 2008

The Honorable Howard Lloyd
United States Magistrate Judge
280 South First Street
San Jose, CA 95113

CR-8-90168MISC HRL

Re: Jamaine Barnes pre-charge appointment

Dear Honorable Lloyd:

Please be advised that I have been contacted by Mr. Jamaine Barnes to represent him regarding his case. Mr. Barnes received a target letter from the U.S. Government.

I spoke with Thomas O'Connell assistant to the United States Attorney and he advised me that it was more than likely that Mr. Barnes would be charged.

Enclosed for your review and signature, please find a Proposed Order Appointing the Federal Public Defender.

I respectfully request that the Federal Public Defender's Office be appointed to represent Mr. Barnes.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

NICHOLAS P. HUMY
Assistant Federal Public Defender

NPH/nb
Encl.1

RECEIVED

APR 16 2008

Patty - Please have him submit a financial declaration.

OK

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

RECEIVED
APR 16 2008

April 14, 2008

Via Facsimile (408) 535-5410

The Honorable Howard Lloyd
United States Magistrate Judge
280 South First Street
San Jose, CA 95113

CR-8-90168MISC HRL

Re: Jamaine Barnes pre-charge appointment

Dear Honorable Lloyd:

Pursuant to your request, attached is a copy of Jamaine Barnes' signed Financial Affidavit.

If you have any questions or comments, please do not hesitate to contact the undersigned.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

Nanetta Bernal
Legal Secretary to Nicholas P. Humy

/nb
Encl.1