IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-8-90168 MISC  HRL |
| Plaintiff, | ) | [~~Proposed Order~~] APPOINTING THE FEDERAL PUBLIC DEFENDER |
| vs. | ) | |
| JAMAINE BARNES | ) | Honorable Howard Lloyd United States Magistrate-Judge |
| Witness. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the Federal Public Defender's Office is appointed to represent JAMAINE BARNES.

Dated: April 16, 2008

HONORABLE HOWARD LLOYD
United States Magistrate-Judge

CJA 23 Submitted

[Proposed] Order Appointed Federal Public Defender         1